**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o C.D., | 13-2661<br>CIVIL ACTION NO.: 2:13-cv-02661 |
| Plaintiff(s), | CIVIL ACTION |
| v.<br>LIBERTY MUTUAL INSURANCE; ABC CORP. (1-10) (Said names being fictitious and unknown entities) | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant(s), | |

It is hereby stipulated and agreed that all claims against Liberty Mutual Insurance in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May 24, 2013

So Ordered
this ___ day of _____ 2013

_____
Susan D. Wigenton, U.S.D.J.

Massood & Bronsnick, LLC
Attorneys at Law